**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 25 2004

at 6 o'clock and 45 min. A M
WALTER A. Y. H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. CR 03-00390 |
| PLAINTIFF, ) | |
| VS. ) | |
| PETER R. SEDENO, ) | |
| DEFENDANT. ) | |

ORDER MODIFYING PROBATION
AND
JUDGMENT IN A CRIMINAL CASE

The Motion For Revocation of Probation of defendant having come on for hearing on March 18, 2004, and the Special Assistant United States Attorney, Owen Tullos appearing, and the United States Probation Officer Sydney Fleming appearing, and the defendant appearing in person and with counsel, Donna Gray, Assistant Federal Public Defender;

And the defendant having admitted to violating the allegations contained in the Probation Officer's petition and having been asked whether he had anything to say why judgment should not be pronounced against him and no sufficient cause to the contrary being shown or appearing to the Court;

And the court having found that the defendant violated the conditions of probation as contained in the Probation Officer's petition;

IT IS ORDERED AND ADJUDGED THAT the portion of the Judgment and Commitment of November 14, 2003, relating to probation is hereby modified as follows:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition).

5. That the defendant is prohibited from possessing any illegal or dangerous weapons.

6. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

7.  That the defendant is prohibited from the possession of and use of alcohol.

IT IS FURTHER ORDERED That the defendant participate in a Residential Drug Treatment Program until clinically discharged. All other conditions as imposed at the earlier sentencing are to remain in effect.

Dated at Honolulu, Hawaii on  3-24-04  .

BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

CR 03-00390

U.S.A. VS. PETER R. SEDENO

ORDER MODIFYING PROBATION