AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2004

at 4 o'clock and 45 min. P M
WALTER A.Y.H. CHINN, CLERK

ORIGINAL

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**PETER R SEDENO**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:03CR00390-001
USM Number:

Donna Gray
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) General Condition and Order Modifying Probation filed on 3/25/04 of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Offender's urine specimen submitted on 6/1/04 tested positive for methampehetamine and ampehtamine | 6/1/04 |
| 2 | Offender failed to obtain a clinical discharge from a Residential Drug Treatment Program | 3/25/04 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

July 26, 2004
Date of Imposition of Sentence

Defendant's Residence Address:
**91-1309 Hoopio Street**
**Ewa Beach, Hawaii 96706**

[signature]
Signature of Judicial Officer

Defendant's Mailing Address:
**91-1309 Hoopio Street**
**Ewa Beach, Hawaii 96706**

**BARRY M. KURREN**, United States Magistrate Judge
Name & Title of Judicial Officer

Aug. 14, 2004
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 MONTHS .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ________________ to ________________

at ________________, with a certified copy of this judgment.

________________________
UNITED STATES MARSHAL

By ________________________
Deputy U.S. Marshal